FILED
2020 Jan-07 PM 03:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

FILED
2020 JAN -6 A 11: 46
U.S. DISTRICT COURT
N.D. OF ALABAMA

Angel Rivera
285465

4:20-CV-14-LCB-JHE

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Warden Crow
Jacobey Johnson
William Caulfield Sr agent

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

　A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

　B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

　　1. Parties to this previous lawsuit

　　　Plaintiff(s): _____

　　　Defendant(s) _____

　　2. Court (if Federal Court, name the district; if State Court, name the county)

　　　_____

　　3. Docket Number _____

　　4. Name of judge to whom case was assigned _____

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant __Warden Crow__

   is employed as __Warden Elmore Prison__

   at _____

C. Additional Defendants __Jacobey Johnson, Officer Elmore Prison__
   __William Caulfield Investigation Intelligence Division__
   __PO Box 301501__
   __301 S Ripley St Suite A2-42B__
   __Montgomery Al 36130__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

June 28, 2019 Jacobey Johnson Phisically assulted me with a closed fist, in the back of my head and left shoulder area. Because I was smoken a cigarette by my window. He gave me a direct order to put it out, I did so, I droped the cigarette when I went to pick it up, He began his assult. He then walked off. When I went to the office Requesting medical help I was denied. I called my girlfriend to get her to call Elmore Sargent Hall wouldn't take the call. June 29, 2019 I seen Lt Calvin, told him I need medical help I couldn't move my left arm. He told % Buck to send me to the shift office where I gave a brief statement then taken to Staton, my left arm needs surgury. Officer Johnson

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  St Clair Correction Facility

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )    No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )    No (✓)

   C. If your answer is YES:
      1. What steps did you take?  told Lt Calvin, Wrote Statement Then got Sent to staton for Body Chart
      2. What was the result?  X Ray, Arm Placed In Sling, Pending MRI Surgery cost left Rotation Cup Messed up Because of assult

   D. If your answer is NO, explain why not? _____

      _____

      _____

      _____

III. Parties

   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s)  Anyel Rivera 285465
      1000 St Clair Rd
      Springfield, Al 35146
      Address _____

as known for used excessive force on inmates, When William Caufield Began his Investagation He Said He Wasn't dealing with Me do to a 903 DR I Received at Staten Refuse to Investagate. So nothen Was done.

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Charges Be filed for This assult
Surgury On left arm
Money damages, Punitive two Hundred Thousand dollers

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10 . 4 . 19
                   (date)

Angel Rivera
Signature(s)

- 4 -